United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-17985-ref
Wallace A. Moran, III                                                Chapter 13
Jennifer A. Moran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 2            Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 53

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
```
db/jdb         +Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,    Reading, PA 19606-1103
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14019714       +Allied Interstate,    PO BOX 361445,    Columbus, OH 43236-1445
14019717       +Barclays Bank Delaware,    PO BOX 8803,    Wilmington, DE 19899-8803
14019718        Best Buy Credit Services,    PO BOX 6204,    Sioux Falls, SD 57117-6204
14019723       +CMG Financial,    PO BOX 77404,    Trenton, NJ 08628-6404
14019724       +CMG Mortgage,    3160 Crown Canyon Suite 400,    San Ramon, CA 94583-1382
14019725       +CMG Mortgage, Inc.,    425 Phillips Blvd,    Trenton, NJ 08618-1430
14051156       +CMG Mortgage, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14032763       +CMG Mortgage, Inc.,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
                 Philadelphia PA 19106-1541
14019720        Capital One Bank USA NA,    PO BOX 71083,    Charlotte, NC 28272-1083
14019719       +Capital One Bank USA NA,    PO BOX 30281,    Salt Lake City, UT 84130-0281
14019722       +Client Services, Inc.,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-9816
14019726        Comenity - Boscovs,    PO BOX 659622,    San Antonio, TX 78265-9622
14019727       +Convergent Outsourcing,    800 SW 39th St,    PO BOX 9004,    Renton, WA 98057-9004
14019729        Credit Acceptance Corp,    PO BOX 5070,    Southfield, MI 48086-5070
14019728        Credit Acceptance Corporate Headquarters,    25505 W. Twelce Mile Road,    Southfield, MI 48034
14020232       +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
                 Southfield MI 48034-8331
14019730        Diversified Consultants, Inc.,    PO BOX 1391,    Southgate, MI 48195-0391
14019732        FMS Inc.,    PO BOX 707600,    Tulsa, OK 74170-7600
14019731       +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
14019734       +KML Law Group,    Suite 5000 BNY Mellon Indep. Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14019736       +Law Offices of Frederic Weinberg,    375 E. Elm Street,    Suite 210,
                 Conshohocken, PA 19428-1973
14019738        MIdland Credit Management Inc,    PO BOX 2000,    Warren, MI 48090-2000
14019739       +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14019740       +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14019741       +Northland Group Inc.,    P.O. Box 390846,    Edina, MN 55439-0846
14019742        Sears Credit Cards,    PO BOX 6286,    Sioux Falls, SD 57117-6286
14019744        Target Card Services,    PO BOX 660170,    Dallas, TX 75266-0170
14019745       +US Department of Education/GL,    2401 International,    PO BOX 7859,    Madison, WI 53707-7859
14019746        Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14049499        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
14019748       +Wells Fargo Dealer Services,    PO BOX 3599,    Rancho Cucamonga, CA 91729-3599
14019749       +Wells Fargo DealerService,    PO BOX 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            +E-mail/Text: robertsl2@dnb.com Feb 06 2018 02:24:26     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2018 02:24:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2018 02:24:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14019715        E-mail/Text: legal@arsnational.com Feb 06 2018 02:23:52     ARS National Services Inc.,
                 PO BOX 469046,    Escondido, CA 92046-9046
14019716        E-mail/Text: ACF-EBN@acf-inc.com Feb 06 2018 02:23:41     Atlantic Credit & Finance Inc,
                 PO BOX 11887,    Roanoke, VA 24022-1887
14019721       +E-mail/Text: bankruptcy@cavps.com Feb 06 2018 02:24:30     Cavalry Portfolio Services,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
14040788       +E-mail/Text: bankruptcy@cavps.com Feb 06 2018 02:24:30     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14019733        E-mail/Text: bankruptcy@affglo.com Feb 06 2018 02:24:20     Global Credit & Collection Cor,
                 PO BOX 129,    Linden, MI 48451-0129
14019735        E-mail/Text: bnckohlsnotices@becket-lee.com Feb 06 2018 02:23:44     Kohl's/Capital One,
                 PO BOX 3115,    Milwaukee, WI 53201-3115
14019737        E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:35     Lowe's/Synchrony Bank,
                 Attn Bankruptcy Department,    PO BOX 965060,    Orlando, FL 32896-5060
14038082       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 06 2018 02:24:18     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14040804        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:26:44
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14020053       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2018 02:42:14
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14019743        E-mail/Text: appebnmailbox@sprint.com Feb 06 2018 02:24:17     Sprint,    P.O. Box 4191,
                 Carol Stream, IL 60197-4191
```

```
District/off: 0313-4          User: Violet              Page 2 of 2                  Date Rcvd: Feb 05, 2018
                              Form ID: 152              Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14020591       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14019747        E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2018 02:26:07      Walmart/Synchrony Bank,
                 Attn BK Department,    PO BOX 965060,   Orlando, FL 32896-5060
                                                                                             TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                    TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   CMG Mortgage, Inc. KMcDonald@blankrome.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              SHAWN J. LAU   on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com
              SHAWN J. LAU   on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Wallace A. Moran, III and Jennifer A. Moran

        Debtor(s)     Case No: 17–17985–ref

Chapter: 13

_____

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601


For The Court

Timothy B. McGrath
Clerk of Court

14
Form 152