# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | CHAPTER 13 |
|---|---|
| WALLACE A. MORAN, III | |
| JENNIFER A. MORAN | CASE NO. 17-17985 REF |
| Debtors | |

## CERTIFICATION OF NO RESPONSE

I, Shawn J. Lau, Esquire, of Lau & Associates, P.C., counsel for the Debtor does hereby certify that no answer, objection, responsive pleading or request for a hearing has been served upon me, or to the best of my knowledge, filed with the Court, in response to Lau & Associates, P.C.'s, Application for Compensation and Reimbursement of Expenses which was served upon all parties in interest on August 14, 2018.

WHEREFORE, it is respectfully requested that this Honorable Court enter the Order granting the Application for Compensation and Reimbursement of Expenses.

Dated: September 5, 2018

LAU & ASSOCIATES, P.C.
By: /s/ Shawn J. Lau
Shawn J. Lau, Esquire
Lau & Associates P.C.
4228 St. Lawrence Ave.
Reading, PA 19606
(610) 370 – 2000 Phone