IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE:<br>WALLACE A. MORAN, III<br>JENNIFER A. MORAN<br>    Debtors | CHAPTER 13<br><br>CASE NO. 17-17985 REF |
|---|---|

## ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtors, Wallace A. Moran, III and Jennifer A. Moran, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $3,905.00 in compensation of legal fees and $315.40 reimbursement of actual necessary expenses from May 18, 2017 through and including August 8, 2018.

BY THE COURT:

**Date: September 6, 2018**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge