United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 17-17985-ref
Wallace A. Moran, III                                                                     Chapter 13
Jennifer A. Moran
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Lisa              Page 1 of 1              Date Rcvd: Sep 06, 2018
                               Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2018.
db/jdb         +Wallace A. Moran, III,   Jennifer A. Moran,   707 Bear Blvd,   Reading, PA 19606-1103
cr             +Credit Acceptance Corporation,   25505 West 12 Mile Road,   Suite 3000,
                 Southfield, MI 48034-8331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 02:17:49     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
               g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE:<br>WALLACE A. MORAN, III<br>JENNIFER A. MORAN<br>Debtors | CHAPTER 13<br><br>CASE NO. 17-17985 REF |
|---|---|

### ORDER

AND NOW, upon consideration of the foregoing Application of Shawn J. Lau, Esquire of Lau & Associates, P.C., for the Debtors, Wallace A. Moran, III and Jennifer A. Moran, for Allowance of Compensation and Reimbursement of Expenses, and proper Notice thereof and opportunity to be heard, it is

ORDERED AND DECREED that Lau & Associates P.C. be allowed $3,905.00 in compensation of legal fees and $315.40 reimbursement of actual necessary expenses from May 18, 2017 through and including August 8, 2018.

BY THE COURT:

**Date: September 6, 2018**

_____
Honorable Richard E. Fehling
United States Bankruptcy Judge