UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
WALLACE A. MORAN, III and                        :
JENNIFER A. MORAN,                               :         Case No.  17-17985 REF
        *Debtors*                           :         Chapter 13
                                             :

### **ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED**

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by Credit Acceptance Corporation *(regarding a 2012 Ford Fusion)*, on July 5, 2018, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania, 19601**

on:    Thursday, October 4, 2018

at:    9:30 a.m. prevailing time.

BY THE COURT

**Date: September 11, 2018**

_____
Richard E. Fehling,
Chief United States Bankruptcy Judge