UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  WALLACE A. MORAN, III and | : | Case No. 17-17985REF |
| JENNIFER A. MORAN, | : | |
| Debtors | : | Chapter 13 |

# **ORDER**

AND NOW, this 4 day of October, 2018, upon the parties in this adversary proceeding, Debtors and Credit Acceptance Corporation, having informed this Court on July 26, 2018, that they had settled their dispute in the above case and would file a settlement stipulation by August 25, 2018, and upon the failure of the parties to have filed a stipulation, and upon the scheduling of a hearing today for the parties to show cause why the motion of Credit Acceptance Corporation for relief from the stay should not be dismissed, and upon the failure of any party to appear at the hearing,

IT IS HEREBY ORDERED that the motion of Credit Acceptance Corporation for relief from the automatic stay IS HEREBY DISMISSED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge