United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17985-ref
Wallace A. Moran, III                                                   Chapter 13
Jennifer A. Moran
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Lisa              Page 1 of 1              Date Rcvd: Oct 04, 2018
                             Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db/jdb         +Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,    Reading, PA 19606-1103
cr             +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Oct 05 2018 02:23:21      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
               g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  WALLACE A. MORAN, III and        :    Case No. 17-17985REF
        JENNIFER A. MORAN,               :
            Debtors                      :    Chapter 13

# ORDER

AND NOW, this 4 day of October, 2018, upon the parties in this adversary proceeding, Debtors and Credit Acceptance Corporation, having informed this Court on July 26, 2018, that they had settled their dispute in the above case and would file a settlement stipulation by August 25, 2018, and upon the failure of the parties to have filed a stipulation, and upon the scheduling of a hearing today for the parties to show cause why the motion of Credit Acceptance Corporation for relief from the stay should not be dismissed, and upon the failure of any party to appear at the hearing,

IT IS HEREBY ORDERED that the motion of Credit Acceptance Corporation for relief from the automatic stay IS HEREBY DISMISSED.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge