IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: WALLACE A. MORAN, III ) | |
| JENNIFER A. MORAN ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 17-17985-REF |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| WALLACE A. MORAN, III ) | |
| JENNIFER A. MORAN ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtors providing for relief from the automatic stay, and filed on or about October 8, 2018 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: October 10, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE