```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-17985-ref
Wallace A. Moran, III                                               Chapter 13
Jennifer A. Moran
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa                  Page 1 of 1              Date Rcvd: Oct 10, 2018
                              Form ID: pdf900             Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db/jdb         +Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,    Reading, PA 19606-1103
cr             +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2018 03:37:08      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
               g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: WALLACE A. MORAN, III ) | |
| JENNIFER A. MORAN ) | CHAPTER 13 |
| **Debtor(s)** ) | |
| ) | CASE NO. 17-17985-REF |
| CREDIT ACCEPTANCE CORPORATION ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| v. ) | |
| ) | |
| WALLACE A. MORAN, III ) | |
| JENNIFER A. MORAN ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Credit Acceptance Corporation and the Debtors providing for relief from the automatic stay, and filed on or about October 8, 2018 in the above matter is APPROVED.

Dated:

BY THE COURT:

**Date: October 10, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE