### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer A. Moran aka Jennifer Anne Moran<br>Wallace A. Moran III aka Wallace Moran, aka Wally Moran<br>Debtors | CHAPTER 13 |
| CMG Mortgage, Inc.<br>Movant<br>vs. | NO. 17-17985 REF |
| Jennifer A. Moran aka Jennifer Anne Moran<br>Wallace A. Moran III aka Wallace Moran, aka Wally Moran<br>Debtors | 11 U.S.C. Section 362 |
| William Miller*R<br>Trustee | |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 707 Bear Boulevard, Reading, PA 19606 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: January 18, 2019**

United States Bankruptcy Judge.

Jennifer A. Moran aka Jennifer Anne Moran
707 Bear Boulevard
Reading, PA 19606

Wallace A. Moran III aka Wallace Moran, aka Wally Moran
707 Bear Boulevard
Reading, PA 19606

Shawn J. Lau Esq.
4228 St. Lawrence Avenue (VIA ECF)
Reading, PA 19606

William Miller*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532