United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Wallace A. Moran, III
Jennifer A. Moran
       Debtors

Case No. 17-17985-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jan 18, 2019
                             Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2019.
```
db/jdb         +Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,    Reading, PA 19606-1103
cr             +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 19 2019 03:43:36      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2019 at the address(es) listed below:
```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
               g61705@notify.cincompass.com
              SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
               g61705@notify.cincompass.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
               ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer A. Moran aka Jennifer Anne Moran<br>          Wallace A. Moran III aka Wallace Moran, aka Wally Moran<br>                              Debtors | CHAPTER 13 |
| CMG Mortgage, Inc.<br>                    Movant<br>          vs. | NO. 17-17985 REF |
| Jennifer A. Moran aka Jennifer Anne Moran<br>Wallace A. Moran III aka Wallace Moran, aka Wally Moran<br>                              Debtors | 11 U.S.C. Section 362 |
| William Miller*R<br>                              Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 707 Bear Boulevard, Reading, PA 19606 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: January 18, 2019**

_____
United States Bankruptcy Judge.

Jennifer A. Moran aka Jennifer Anne Moran
707 Bear Boulevard
Reading, PA 19606

Wallace A. Moran III aka Wallace Moran, aka Wally Moran
707 Bear Boulevard
Reading, PA 19606

Shawn J. Lau Esq.
4228 St. Lawrence Avenue (VIA ECF)
Reading, PA 19606

William Miller*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532