United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-17985-ref
Wallace A. Moran, III                                           Chapter 13
Jennifer A. Moran
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4         User: Lisa              Page 1 of 2              Date Rcvd: Apr 18, 2019
                             Form ID: pdf900         Total Noticed: 60
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2019.

```
db/jdb         +Wallace A. Moran, III,    Jennifer A. Moran,    707 Bear Blvd,    Reading, PA 19606-1103
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Credit Acceptance Corporation,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
14019714       +Allied Interstate,    PO BOX 361445,    Columbus, OH 43236-1445
14019717       +Barclays Bank Delaware,    PO BOX 8803,    Wilmington, DE 19899-8803
14019718        Best Buy Credit Services,    PO BOX 6204,    Sioux Falls, SD 57117-6204
14019723       +CMG Financial,    PO BOX 77404,    Trenton, NJ 08628-6404
14019724       +CMG Mortgage,    3160 Crown Canyon Suite 400,    San Ramon, CA 94583-1382
14019725       +CMG Mortgage, Inc.,    425 Phillips Blvd,    Trenton, NJ 08618-1430
14051156       +CMG Mortgage, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,    Ewing, NJ 08618-1430
14032763       +CMG Mortgage, Inc.,    KML Law Group, P.C.,    701 Market Street, Ste 5000,
                 Philadelphia PA 19106-1541
14058840        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14019722       +Client Services, Inc.,    3451 Harry Truman Blvd.,    St. Charles, MO 63301-9816
14019727       +Convergent Outsourcing,    800 SW 39th St,    PO BOX 9004,    Renton, WA 98057-9004
14019729        Credit Acceptance Corp,    PO BOX 5070,    Southfield, MI 48086-5070
14019728        Credit Acceptance Corporate Headquarters,    25505 W. Twelce Mile Road,    Southfield, MI 48034
14020232       +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    Suite 3000,
                 Southfield MI 48034-8331
14019730        Diversified Consultants, Inc.,    PO BOX 1391,    Southgate, MI 48195-0391
14019732        FMS Inc.,    PO BOX 707600,    Tulsa, OK 74170-7600
14019731       +First National Bank,    4140 E. State Street,    Hermitage, PA 16148-3401
14019734       +KML Law Group,    Suite 5000 BNY Mellon Indep. Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14181455       +Lau & Associates, PC,    4228 St. Lawrence Avenue,    Reading, PA 19606-2894
14019736       +Law Offices of Frederic Weinberg,    375 E. Elm Street,    Suite 210,
                 Conshohocken, PA 19428-1973
14019738        MIdland Credit Management Inc,    PO BOX 2000,    Warren, MI 48090-2000
14019739       +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14019740       +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14019741       +Northland Group Inc.,    P.O. Box 390846,    Edina, MN 55439-0846
14019742        Sears Credit Cards,    PO BOX 6286,    Sioux Falls, SD 57117-6286
14019744        Target Card Services,    PO BOX 660170,    Dallas, TX 75266-0170
14070783        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
14019745       +US Department of Education/GL,    2401 International,    PO BOX 7859,    Madison, WI 53707-7859
14049499        Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    PO Box 19657,    Irvine, CA 92623-9657
14019748       #+Wells Fargo Dealer Services,    PO BOX 3599,    Rancho Cucamonga, CA 91729-3599
14019749       +Wells Fargo DealerService,    PO BOX 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 19 2019 02:47:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 19 2019 02:48:11     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14019715        E-mail/Text: legal@arsnational.com Apr 19 2019 02:47:30     ARS National Services Inc.,
                 PO BOX 469046,    Escondido, CA 92046-9046
14019716        E-mail/Text: ACF-EBN@acf-inc.com Apr 19 2019 02:47:20     Atlantic Credit & Finance Inc,
                 PO BOX 11887,    Roanoke, VA 24022-1887
14019719       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:46
                 Capital One Bank USA NA,    PO BOX 30281,    Salt Lake City, UT 84130-0281
14019720        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 19 2019 02:50:46
                 Capital One Bank USA NA,    PO BOX 71083,    Charlotte, NC 28272-1083
14019721       +E-mail/Text: bankruptcy@cavps.com Apr 19 2019 02:48:08     Cavalry Portfolio Services,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
14040788       +E-mail/Text: bankruptcy@cavps.com Apr 19 2019 02:48:08     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14019726        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 19 2019 02:47:31     Comenity - Boscovs,
                 PO BOX 659622,    San Antonio, TX 78265-9622
14019733        E-mail/Text: bankruptcy@affglo.com Apr 19 2019 02:48:00     Global Credit & Collection Cor,
                 PO BOX 129,    Linden, MI 48451-0129
14019735        E-mail/Text: bncnotices@becket-lee.com Apr 19 2019 02:47:24     Kohl's/Capital One,
                 PO BOX 3115,    Milwaukee, WI 53201-3115
14019737        E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:16     Lowe's/Synchrony Bank,
                 Attn Bankruptcy Department,    PO BOX 965060,    Orlando, FL 32896-5060
14038082       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 19 2019 02:47:58     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
```

```
District/off: 0313-4          User: Lisa              Page 2 of 2                   Date Rcvd: Apr 18, 2019
                              Form ID: pdf900         Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14040804       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 02:50:21
                 Portfolio Recovery Associates, LLC,   POB 41067,    Norfolk VA 23541
14020053      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 19 2019 03:06:29
                 PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14088421       E-mail/Text: bnc-quantum@quantum3group.com Apr 19 2019 02:47:34
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
14019743       E-mail/Text: appebnmailbox@sprint.com Apr 19 2019 02:47:56       Sprint,    P.O. Box 4191,
                 Carol Stream, IL 60197-4191
14020591      +E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:17       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
14103372      +E-mail/Text: bncmail@w-legal.com Apr 19 2019 02:48:05      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14069488      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 19 2019 02:50:25       Verizon,
                 by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14019746       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 19 2019 02:47:17
                 Verizon Wireless,   P.O. Box 25505,   Lehigh Valley, PA 18002-5505
14019747       E-mail/PDF: gecsedi@recoverycorp.com Apr 19 2019 02:50:44       Walmart/Synchrony Bank,
                 Attn BK Department,   PO BOX 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 18, 2019 at the address(es) listed below:
           FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
            ecf_frpa@trustee13.com
           KEVIN G. MCDONALD    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
           MATTEO SAMUEL WEINER    on behalf of Creditor    CMG Mortgage, Inc. bkgroup@kmllawgroup.com
           ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT   WATERMAN RRamos-Cardona@fredreiglech13.com
           SCOTT   WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
           SHAWN J. LAU    on behalf of Debtor Wallace A. Moran, III shawn_lau@msn.com,
            g61705@notify.cincompass.com
           SHAWN J. LAU    on behalf of Joint Debtor Jennifer A. Moran shawn_lau@msn.com,
            g61705@notify.cincompass.com
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation
            ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                          :

WALLACE A   MORAN III
JENNIFER A   MORAN
                                                                                : Bankruptcy No. 17-17985REF
         Debtor(s)                                                    : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: April 18, 2019**

BY THE COURT

Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

SHAWN J LAU ESQ
LAU & ASSOCIATES PC
4228 ST LAWRENCE AVE
READING PA 19606-

WALLACE A   MORAN III
JENNIFER A   MORAN
707 BEAR BLVD
READING, PA 19606